# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01533-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 7) |

A summons was returned executed in this action on November 28, 2023, with an answer due January 5, 2024. (ECF No. 6.) On January 2, 2024, Defendant filed a motion for a thirty (30) day extension of time to respond to the complaint. (ECF No. 7.) Defendant argues an extension is warranted to complete the adjudication of Plaintiff's immigration application, which is expected to render this litigation moot.

On December 13, 2023, USCIS scheduled an interview on Plaintiff's application. The interview date is set for January 10, 2024. Defendant states that between December 13, 2023, and January 2, 2024, Defendant has communicated with Plaintiff's counsel, who indicated that while they would agree to a shorter extension, they opposed Defendant's request for a 30-day initial extension of time. Plaintiff's counsel conveyed that Plaintiff would only consent to a 30-day extension if provided adequate assurances that nothing would impede the January 10 interview. Defendant represented that it intends to proceed with the interview on January 10 and

1

has no current plans to delay or reschedule it, but proffers USCIS cannot, however, offer to Plaintiff any guarantees against unforeseen circumstances arising.

Given the interview is scheduled for January 10, 2024, the Court finds good cause to grant the Defendant's motion for a first extension of time, subject to reconsideration of the deadline if the interview, scheduled for one week from today, is delayed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Defendant's motion for an extension of time (ECF No. 7) is GRANTED, subject to reconsideration of the deadline if the interview is delayed; and
2. Defendant shall file a responsive pleading on or before **February 5, 2024**.

IT IS SO ORDERED.

Dated:   **January 3, 2024**

UNITED STATES MAGISTRATE JUDGE